# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD., <br><br> Defendant. | Civil Action No. 6:23-cv-290 <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Pursuant to the Court's Standing Order Governing Proceedings 4.3, dated April 4, 2023, Plaintiff hereby notifies the Court of one related case currently pending before Judge Alan D. Albright and styled "*Intellectual Ventures II LLC v. Lenovo Group Limited.*; Civil Action No. 6:23-cv-68.

Dated: April 20, 2023.                             Respectfully submitted,

*/s/Karl Rupp*
Karl Rupp
State Bar No. 24035243
**SOREY & HOOVER, LLP**
100 N. 6ᵀᴴ Street, Ste. 502
Waco, Texas 76701
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Paul J. Hayes
phayes@princelobel.com
Matthew D. Vella
mvella@princelobel.com
Robert R. Gilman
rgilman@princelobel.com
Jonathan DeBlois
jdeblois@princelobel.com
Brian Seeve
bseeve@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

COUNSEL FOR PLAINTIFFS